# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: REGINA SNOW § Case No. 09-73804
      BRIAN KEITH SNOW § 
                              §
            Debtors                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/02/2009.

2) The plan was confirmed on 01/08/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 09/09/2011, 12/21/2011, 12/14/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 10/04/2013.

6) Number of months from filing or conversion to last payment: 49.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $45,043.75.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

|  |  |  |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 41,009.66 | |
| Less amount refunded to debtor | $ 654.46 | |
| **NET RECEIPTS** | | $ 40,355.20 |

### Expenses of Administration:

|  |  |  |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 2,410.55 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,410.55 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ROXANNA M. HIPPLE | Lgl | 1,500.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL SERVICES, INC. | Uns | 13,112.26 | 13,733.90 | 13,733.90 | 2,773.98 | 0.00 |
| ERIC DUNKEL | Uns | 1,600.00 | NA | NA | 0.00 | 0.00 |
| FIDELITY | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| FIDELITY | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC MORTGAGE | Sec | 12,331.93 | 13,934.77 | 8,273.07 | 8,273.07 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Sec | 11,481.05 | 0.00 | 5,629.27 | 5,629.27 | 2,317.92 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 0.00 | 1,311.46 | 1,311.46 | 264.89 | 0.00 |
| DAISY SAKOLARI | Pri | 258.00 | NA | NA | 0.00 | 0.00 |
| DAISY SAKOLARI | Pri | 3,632.32 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 797.48 | 1,061.92 | 1,061.92 | 1,061.92 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 193.04 | 193.04 | 38.99 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 353.45 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 24,358.26 | 23,798.69 | 8,584.79 | 8,584.79 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 0.00 | 15,213.90 | 3,072.91 | 0.00 |
| ECMC | Uns | 27,102.13 | 27,282.97 | 0.00 | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL | Uns | 348.40 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AT&T | Uns | 247.17 | NA | NA | 0.00 | 0.00 |
| AT&T - U-VERSE | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 9,483.78 | 8,376.21 | 8,376.21 | 1,691.83 | 0.00 |
| BLOCKBUSTER - 17241 | Uns | 39.84 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 910.48 | 1,171.39 | 1,171.39 | 236.60 | 0.00 |
| VANDA, LLC | Uns | 1,689.00 | 1,747.33 | 1,747.33 | 352.93 | 0.00 |
| CAPITOL ONE | Uns | 1,171.00 | NA | NA | 0.00 | 0.00 |
| CARING FAMILY SC | Uns | 82.40 | NA | NA | 0.00 | 0.00 |
| CARING FAMILY SC | Uns | 128.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS | Uns | 289.50 | 2,114.35 | 2,114.35 | 427.06 | 0.00 |
| CENTEGRA HOSPITAL - MCHENRY | Uns | 338.98 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - MCHENRY | Uns | 264.47 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - MCHENRY | Uns | 713.70 | 1,885.00 | 1,885.00 | 380.73 | 0.00 |
| CENTEGRA HOSPITAL - MCHENRY | Uns | 263.35 | NA | NA | 0.00 | 0.00 |
| CENTEGRA ILLINOIS MEDICAL | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA ILLINOIS MEDICAL | Uns | 214.35 | NA | NA | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS | Uns | 608.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PRIMARY CARE LLC | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 3,085.26 | 3,085.26 | 3,085.26 | 623.16 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,456.00 | 2,580.68 | 2,580.68 | 521.25 | 0.00 |
| UNITED GUARANTY COMMERCIAL | Uns | 0.00 | 1,176.12 | 0.00 | 0.00 | 0.00 |
| COMCAST | Uns | 213.69 | NA | NA | 0.00 | 0.00 |
| COMED | Uns | 155.46 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,438.00 | 1,501.98 | 1,501.98 | 303.37 | 0.00 |
| CREDITORS COLLECTION BUREAU | Uns | 122.00 | NA | NA | 0.00 | 0.00 |
| EBAY INC | Uns | 160.72 | NA | NA | 0.00 | 0.00 |
| EDWARD F DEAN ESQ | Uns | 1,215.00 | 1,215.00 | 1,215.00 | 245.41 | 0.00 |
| ELK GROVE LAB PHYSICIANS PC | Uns | 98.73 | NA | NA | 0.00 | 0.00 |
| ELK GROVE LAB PHYSICIANS PC | Uns | 19.40 | NA | NA | 0.00 | 0.00 |
| EXXON MOBIL CITIBANK | Uns | 1,744.00 | NA | NA | 0.00 | 0.00 |
| GENE CARE | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL CARE SC | Uns | 82.10 | NA | NA | 0.00 | 0.00 |
| GRANGE MUTUAL CASUALTY | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY SPEC | Uns | 122.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY SPEC | Uns | 139.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GREATER ELGIN EMERGENCY SPEC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY SPEC | Uns | 161.60 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY | Uns | 155.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY | Uns | 44.00 | NA | NA | 0.00 | 0.00 |
| HIGH RISK OBSTETRICS | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,277.00 | 1,329.63 | 1,329.63 | 268.56 | 0.00 |
| HR ACCOUNTS INC | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 819.11 | 819.11 | 819.11 | 165.44 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 561.71 | 561.71 | 561.71 | 113.46 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 583.57 | 583.57 | 583.57 | 117.87 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,242.68 | 1,242.68 | 1,242.68 | 251.00 | 0.00 |
| JAMES P LEAHY ESQ | Uns | 3,750.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 574.59 | 574.59 | 574.59 | 116.06 | 0.00 |
| LAKE / MCHENRY PATHOLOGY | Uns | 27.60 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGIST IMAGING | Uns | 133.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGIST IMAGING | Uns | 123.28 | NA | NA | 0.00 | 0.00 |
| MCNAMEE & MAHONEY LTD | Uns | 2,170.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CIO | Uns | 103.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Uns | 88.00 | NA | NA | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 29.92 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 428.07 | 316.23 | 316.23 | 63.87 | 0.00 |
| PHYSICIAN ANESTHESIA ASSOC | Uns | 801.18 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGOSTICS | Uns | 26.30 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE | Uns | 0.00 | 3,249.66 | 0.00 | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE | Uns | 0.00 | 3,500.00 | 0.00 | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE | Uns | 0.00 | 3,167.93 | 0.00 | 0.00 | 0.00 |
| SALLIE MAE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SERVICE MAGIC INC | Uns | 127.40 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 93.93 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 15.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SHERMAN HOSPITAL | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 589.50 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 232.34 | 239.19 | 239.19 | 48.31 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Uns | 17.47 | NA | NA | 0.00 | 0.00 |
| STATE FARM | Uns | 155.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN SURGICAL CARE SPEC | Uns | 217.28 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Uns | 134.78 | NA | NA | 0.00 | 0.00 |
| TRUGREEN | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| UNIVERISTY OF PHOENIX | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HOFFMAN ESTATES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SCHAUMBURG | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SCHAUMBURG | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SKOKIE | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF STREAMWOOD | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| WAMU | Uns | 1,966.40 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Summary of Disbursements to Creditors:** | | | |
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 8,273.07 | $ 8,273.07 | $ 0.00 |
| Debt Secured by Vehicle | $ 5,629.27 | $ 5,629.27 | $ 2,317.92 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 13,902.34 | $ 13,902.34 | $ 2,317.92 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 9,646.71 | $ 9,646.71 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 9,646.71 | $ 9,646.71 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 59,796.21 | $ 12,077.68 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 2,410.55 |
| Disbursements to Creditors | $ 37,944.65 |
| **TOTAL DISBURSEMENTS:** | $ 40,355.20 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  12/27/2013            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)